November 3, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

RIGOBERTO HERNANDEZ AND REYNA HERNANDEZ, Appellant

NO. 14-11-00715-CV                    V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 1, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by RIGOBERTO HERNANDEZ AND REYNA HERNANDEZ.

We further order this decision certified below for observance.